IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| WILLIAM J. FRENCH and<br>SANDRA M. FRENCH<br><br>    Plaintiffs,<br><br>v.<br><br>THE NORTHWESTERN MUTUAL LIFE<br>INSURANCE COMPANY and<br>NORTHWESTERN MUTUAL LONG-TERM<br>CARE INSURANCE COMPANY<br><br>    Defendants. | Case No. 2:20-cv-01090-BHL<br>Judge Brett H. Ludwig |

## DEFENDANTS' MOTION FOR
## JUDGMENT ON THE PLEADINGS

Plaintiffs' Complaint [Dkt. 1] is barred as a matter of law by the filed rate doctrine and otherwise fails to state valid claims against Defendants The Northwestern Mutual Life Insurance Company and Northwestern Long-Term Care Insurance Company.[1] Therefore, Defendants respectfully move this Court for Judgment on the Pleadings under Fed. R. Civ. P. 12(c). In support thereof, Defendants incorporate and submit the accompanying Memorandum of Law.

WHEREFORE, Defendants respectfully requests that this Court grant their motion for judgment on the pleadings, dismiss Plaintiffs' Complaint, and enter judgment in favor of Defendants.

---

[1] Defendant Northwestern Long-Term Care Insurance Company was improperly named in the Complaint as Northwestern Mutual Long-Term Care Insurance Company.

1

Dated: November 11, 2020              Respectfully submitted,

**FAEGRE DRINKER BIDDLE & REATH LLP**

**/s/ Steven H. Brogan**
Timothy J. O'Driscoll, Esq.
Nolan B. Tully, Esq.
Steven H. Brogan, Esq.
One Logan Square
Suite 2000
Philadelphia, PA 19103
Telephone: (215) 988-2700
Facsimile: (215) 988-2757
timothy.odriscoll@faegredrinker.com
nolan.tully@faegredrinker.com
steven.brogan@faegredrinker.com

Justin O. Kay, Esq.
191 Wacker Drive
Suite 3700
Chicago, Illinois 60606
Telephone: (312) 569-1381
Facsimile: (312) 569-3000
Email: justin.kay@faegredrinker.com

*Attorneys for Defendants*
*The Northwestern Mutual Life Insurance Company*
*and Northwestern Long Term Care Insurance*
*Company*

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of November, 2020, the foregoing Motion for Judgment on the Pleadings was served upon all counsel of record via the electronic filing system.

>*/s/ Steven H. Brogan*
>Steven H. Brogan