UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

WILLIAM J FRENCH,
SANDRA M FRENCH,

        Plaintiffs,

    v.

Case No. 20-cv-1090-bhl

NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY,
NORTHWESTERN LONG TERM CARE INSURANCE CO,

        Defendants.

## ORDER

On January 22, 2021, all of the attorneys representing the plaintiffs filed a motion for leave to withdraw as plaintiffs' counsel. (ECF No. 30.) Counsel report that their clients "no longer wish to be represented by [them] and instead wish to proceed with new counsel." At their clients' request, counsel also asked the Court for a 30-day extension on plaintiffs' deadline to respond to defendants' pending motion for judgment on the pleadings.

Because plaintiffs no longer wish to be represented by their counsel of record, the Court will grant counsel's motion to withdraw. Further, because plaintiffs are now without counsel, the Court will grant the motion for extension of time in which they may respond to defendants' motion for judgment on the pleadings. Accordingly,

**IT IS HEREBY ORDERED** that plaintiffs' motion for leave to withdraw as plaintiffs' counsel, ECF No. 30, is **GRANTED**. The Court expects plaintiffs to retain new counsel promptly and comply with the revised briefing schedule should they wish to pursue their claims.

**IT IS FURTHER ORDERED** that plaintiffs' motion for a further extension of time, ECF No. 30, is **GRANTED**. Plaintiffs must file a response to defendants' motion for judgment on the pleadings on or before **March 3, 2021**. Defendants may then file a reply on or before

**April 2, 2021**.  The March 5, 2021 deadline to file a joint report and the March 12, 2021 oral argument are canceled.  The Court will set a further schedule once the briefing is complete.

Dated at Milwaukee, Wisconsin on January 28, 2021.

s/ Brett H. Ludwig
BRETT H. LUDWIG
United States District Judge